## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HISHAM SLITI, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Case No. 05-429 (RJL) |
| | ) |
| GEORGE W. BUSH, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## FINAL JUDGMENT

For the reasons set forth in the classified Memorandum Opinion entered this date,

and for the reasons set forth on the record at the hearing held on December 30, 2008, it is,

this 9th, day of January, 2009, hereby

**ORDERED** that Petitioner Hisham Sliti's petition for writ of habeas corpus is

**DENIED**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge